

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00118-CR

———————————————

DONAVAN RAMOS, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1610089

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Donavan Ramos attempts to appeal from the trial court's order granting the State's pretrial motion to hold him without bond. In a letter dated August 18, 2020, we notified Ramos of our concern that we lack jurisdiction to consider the trial court's order because it is not appealable. *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). This court also informed Ramos that unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal, the appeal could be dismissed. *See* Tex. R. App. P. 44.3. Ramos did not file a response.

We do not have jurisdiction to hear interlocutory appeals from pretrial orders regarding the denial of bond sought by motion. *Ragston*, 424 S.W.3d at 52; *Gonzalez v. State*, No. 02-20-00119-CR, 2020 WL 5833632, at *1 (Tex. App.—Fort Worth Oct. 1, 2020, no pet. h.) (per curiam) (mem. op., not designated for publication). *But cf. Ex parte Peyton*, No. 02-16-00029-CR, 2016 WL 2586698, at *1 n.2 (Tex. App.—Fort Worth May 5, 2016) (mem. op., not designated for publication) (explaining that court of appeals does have jurisdiction over appeal from denial of pretrial habeas corpus application seeking bail reduction), *pet. dism'd*, No. PD-0677-16, 2017 WL 1089960 (Tex. Crim. App. Mar. 22, 2017) (not designated for publication). Because Ramos is attempting to appeal the trial court's pretrial order denying him bond on the State's motion, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Ragston*, 424 S.W.3d at 52.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  October 22, 2020